STATE OF MAINE                              SUPERIOR COURT
KENNEBEC, ss.                              CIVIL ACTION
                                           DOCKET NO. CV-07-80


DOROTHY M. FISH,

        Plaintiff

        v.                                 JUDGMENT

ROBERT E. CLARK and
CLARK'S CUSTOM
CABINETRY, INC.,

        Defendant


By stipulation filed 8/11/08, the parties stipulated to entry of a judgment against the defendants by the court after jury-waived trial. The plaintiff appeared with counsel at the trial on 5/29/09. Neither the defendants nor defense counsel appeared. See Letter dated 4/29/09.

The plaintiff is 85 years old and has a life expectancy of approximately six years. Before the car accident of January 19, 2006, she was a healthy, vibrant, and independent woman. Her many activities included bingo, swimming, walking, reading, and driving. She provided the primary care for her beloved husband, Larry.

As a result of the accident, she sustained a severe comminuted bicondylar right tibial plateau fracture; rib fractures on the right and left side of the fifth, sixth, and seventh ribs; an elbow laceration; and evidence of a closed head injury. She underwent surgeries and physical therapy during her admissions to the hospital and rehabilitation centers and endured severe pain, suffering, and emotional distress. Her husband was admitted to a rehabilitation center as well because the plaintiff was unable to care for him. He died on February 9, 2007.

The plaintiff was required to sell the retirement home in Readfield where she and her husband lived. She lives and will continue to live at an assisted living facility; she chose a facility in Massachusetts in order to be closer to her daughter.

The plaintiff is able to use a walker for only a short distance and in general is relegated to a wheelchair. She requires 24/7 care. This accident took from her nearly everything of meaning to her. She mourns the loss of the independence that was fundamental to her joy of living. Although at trial she labeled herself a "wet blanket," she is, even in her distressed circumstances, a gracious and thoughtful woman.

Based on the testimony of the plaintiff and her daughter, Heidi Quinlivan, and plaintiffs' exhibits 1-9 and 11-13, the court concludes that the plaintiff proved by a preponderance of the evidence that as a result of the 2006 accident (Pl.'s Exs. 2-3), she sustained serious and permanent bodily injuries (Pl.'s Exs. 6-7, 11-13); significant and enduring pain and suffering, emotional distress, and loss of enjoyment of life that will continue into the future (Pl.'s Exs.1, 4-5); and medical bills (Pl.'s Ex. 8).

The plaintiff has proved that she is entitled to recover damages in the amount of $1,448,691.21.

The entry is

> Judgment is entered in favor of Plaintiff Dorothy M. Fish and against Defendants Robert E. Clark and Clark's Custom Cabinetry, Inc. on the Plaintiff's Amended Complaint in the amount of $1,448,691.21, plus prejudgment interest at the rate of 5.99%, post-judgment interest at the rate of 6.40%, and costs.

Date: July 31, 2009

Nancy Mills
Justice, Superior Court

DOROTHY FISH  - PLAINTIFF
P.O. BOX 135
READFIELD ME 04355
Attorney for: DOROTHY FISH

BERMAN & SIMMONS
129 LISBON STREET
PO BOX 961
LEWISTON ME 04243-0961


vs
ROBERT E CLARK  - DEFENDANT
709 MAIN STREET,
READFIELD ME 04355
Attorney for: ROBERT E CLARK
J WILLIAM DRUARY JR - RETAINED
MARDEN DUBORD ET AL
44 ELM STREET
PO BOX 708
WATERVILLE ME 04901-0708

CLARK'S CUSTOM CABINETRY INC - DEFENDANT
PO BOX 384,
READFIELD ME 04355
Attorney for: CLARK'S CUSTOM CABINETRY INC
J WILLIAM DRUARY JR - REMOVAL 03/13/2009
MARDEN DUBORD ET AL
44 ELM STREET
PO BOX 708
WATERVILLE ME 04901-0708

Attorney for: CLARK'S CUSTOM CABINETRY INC
JAMES E BELLEAU  - RETAINED
SKELTON TAINTOR & ABBOTT
95 MAIN STREET
PO BOX 3200
AUBURN ME 04212-3200

SUPERIOR COURT
KENNEBEC, ss.
Docket No   AUGSC-CV-2007-00080


**DOCKET RECORD**

Filing Document: COMPLAINT                    Minor Case Type: AUTO NEGLIGENCE
Filing Date: 03/12/2007

## Docket Events:

03/12/2007 FILING DOCUMENT - COMPLAINT FILED ON 03/12/2007

03/12/2007 Party(s):  DOROTHY FISH
           ATTORNEY - RETAINED ENTERED ON 03/12/2007
           Plaintiff's Attorney: STEVEN D SILIN

03/12/2007 CERTIFY/NOTIFICATION - CASE FILE NOTICE SENT ON 03/12/2007
           Plaintiff's Attorney:  STEVEN D SILIN
           MAILED TO ATTY. OF RECORD.

03/16/2007 Party(s):  ROBERT E CLARK
           SUMMONS/SERVICE - CIVIL SUMMONS SERVED ON 03/12/2007

03/28/2007 Party(s):  ROBERT E CLARK
          RESPONSIVE PLEADING - ANSWER FILED ON 03/28/2007
          Defendant's Attorney: J WILLIAM DRUARY JR

03/28/2007 Party(s):  ROBERT E CLARK
          JURY FILING - DEMAND FOR JURY TRIAL FILED ON 03/28/2007
          Defendant's Attorney: J WILLIAM DRUARY JR
          PAID IN THE AMOUNT OF $300.00

03/28/2007 Party(s):  ROBERT E CLARK
          ATTORNEY - RETAINED ENTERED ON 03/28/2007
          Defendant's Attorney: J WILLIAM DRUARY JR

03/28/2007 Party(s):  ROBERT E CLARK
          DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 03/28/2007
          Defendant's Attorney: J WILLIAM DRUARY JR
          INTERROGATORIES PROPOUNDED TO PLF BY DEFT; NOTICE TO PRODUCE TO PLF BY DEFT, SERVED ON S.
          SILIN, ESQ. ON 03/27/07.

03/29/2007 ORDER - SCHEDULING ORDER ENTERED ON 03/29/2007
          S KIRK STUDSTRUP , JUSTICE
          ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  COPIES TO
          PARTIES/COUNSEL

03/29/2007 DISCOVERY FILING - DISCOVERY DEADLINE ENTERED ON 11/29/2007

03/29/2007 ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 03/29/2007
          S KIRK STUDSTRUP , JUSTICE

04/02/2007 Party(s):  DOROTHY FISH
          DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 04/02/2007
          Plaintiff's Attorney:  ROBERT H FURBISH
          PLTF'S FIRST SET OF INTERROGATORIES PROPOUNDED TO DEFT; PLTF'S REQUEST FOR PRODUCTION OF
          DOCUMENTS TO DEFT, SERVED ON J.W. DRUARY, ESQ. ON 03/30/07.

04/09/2007 Party(s):  ROBERT E CLARK
          DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 04/06/2007
          Defendant's Attorney: J WILLIAM DRUARY JR
          DEFENDANT'S OBJECTIONS TO PLAINTIFF'S INTERROGATORIES SERVED ON STEVEN D. SILIN, ESQ. ON
          4/5/07

04/12/2007 Party(s):  DOROTHY FISH
          DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 04/12/2007
          Plaintiff's Attorney:  STEVEN D SILIN
          PLTF'S OBJECTIONS TO INTERROGATORIES PROPOUNDED BY DEFT; PLTF'S OBJECTIONS TO REQUEST FOR
          PRODUCTION OF DOCUMENTS PROPOUNDED BY DEFT, SERVED ON J.W. DRUARY, ESQ. ON 04/11/07.

04/23/2007 Party(s):  ROBERT E CLARK
          DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 04/23/2007
          Defendant's Attorney: J WILLIAM DRUARY JR
           NOTICE OF DEPOSITION/DOROTHY FISH SERVED ON ROBERT H. FURBISH, ESQ. ON 4/20/07

04/23/2007 Party(s):  DOROTHY FISH
          DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 04/23/2007
          Plaintiff's Attorney:  ROBERT H FURBISH
          PLAINTIFF'S NOTICE TO TAKE ORAL DEPOSITION OF DOROTHY M. FISH SERVED ON J. WILLIAM DRUARY,
          JR., ESQ. ON 4/19/07.


05/17/2007 Party(s):  ROBERT E CLARK
          DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 05/17/2007
          Defendant's Attorney: J WILLIAM DRUARY JR
          DEFT'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS; DEFT'S ANSWERS TO PLTF'S
          INTERROGATORIES, SERVED ON R. FURBISH, ESQ. ON 05/16/07.


05/24/2007 Party(s):  DOROTHY FISH
          DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 05/24/2007
          Plaintiff's Attorney:  STEVEN D SILIN
          PLTF'S NOTICE TO TAKE ORAL DEPOSITION OF DEFT, SERVED ON J.W. DRUARY, ESQ. ON 05/23/07.


05/25/2007 Party(s):  DOROTHY FISH
          MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 05/25/2007
          Plaintiff's Attorney:  STEVEN D SILIN
          UNOPPOSED MOTION TO EXTEND ADR


05/29/2007 Party(s):  DOROTHY FISH
          MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 05/25/2007
          S KIRK STUDSTRUP , JUSTICE
          COPIES TO PARTIES/COUNSEL                                             THE ADR
          CONFERENCE SHALL BE HELD AND COMPLETED NOT LATER THAN NOVEMBER 29, 2007. A REPORT OF THE
          ADR CONFERENCE SHALL BE FILED BY THE NEUTRAL OR THE PARTIES NOT LATER THAN DECEMBER 10,
          2007. THE JURY FEE SHALL BE FILED NOT LATER THAN DECEMBER 10, 2007.


06/21/2007 Party(s):  DOROTHY FISH
          MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 06/21/2007
          Plaintiff's Attorney:  ROBERT H FURBISH
          TO EXTEND EXPERT DESIGNATIONS


06/28/2007 Party(s):  DOROTHY FISH
          MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 06/27/2007
          S KIRK STUDSTRUP , JUSTICE
          COPIES TO PARTIES/COUNSEL                                             IT IS HEREBY
          ORDERED THAT THE TIME ALLOWED FOR THE DESIGNATION OF PLAINTIFFS' EXPERTS IS EXTENDED TO
          AUGUST 29, 2007, AND THE TIME FOR THE DESIGANTION OF THE DEFENDANTS' EXPERTS IS EXTENDED
          TO OCTOBER 29, 2007


08/29/2007 Party(s):  DOROTHY FISH
          MOTION - MOTION EXTEND DISCOVERY FILED ON 08/28/2007
          Plaintiff's Attorney:  ROBERT H FURBISH
          AGREED MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES.  PROPOSED ORDER.


08/30/2007 Party(s):  DOROTHY FISH
          MOTION - MOTION EXTEND DISCOVERY GRANTED ON 08/29/2007
          S KIRK STUDSTRUP , JUSTICE
          COPIES TO PARTIES/COUNSEL        SCHEDULING ORDER DEADLINES EXTENDED TO   PLT EXPERT
          DESIGNATION  10/01/2007                              DEFENDANT'A EXPERT

DESIGNATION 12/1/2007                              CLOSE OF DISCOVERY 1/15/2008
                              ADR CONFERENCE 1/15/2008
                    REPORT OF ADR 1/25/2008
              JURY DEMAND AND FEE  1/25/2008


08/30/2007 ORDER - COURT ORDER ENTERED ON 08/29/2007
           S KIRK STUDSTRUP , JUSTICE
           ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  COPIES TO
           PARTIES/COUNSEL DEADLINES ARE EXTENDED AS FOLLOWS          PLT. EXPERT DESIGNATION
           10/1/2007                                  DEF EXPERT DESIGNATION 12/1/2007
                              CLOSE OF DISCOVERY 1/15/2008
                    ADR CONFERENCE 1/15/2008     REPORT OF ADR CONFERNECE FILED
           1/25/2008   JURY DEMAND AND FEE 1/25/2008


08/31/2007 DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 08/31/2007
           Defendant's Attorney: J WILLIAM DRUARY JR
           NOTICE OF DEPOSITION/CHRIS CLARK                             NOTICE OF
           DEPOSITION/ANDREA COBURN-WRIGHT


09/11/2007 Party(s):  DOROTHY FISH
           DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 09/07/2007
           Plaintiff's Attorney:  STEVEN D SILIN
           PLTF'S ANSWERS TO INTERROGATORIES; PLTF'S RESPONSE TO REQUEST FOR PRODUCTION OF DOCUMENTS,
           SERVED ON J.W. DRUARY, ESQ. ON 09/04/07.


10/04/2007 Party(s):  DOROTHY FISH
           MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 10/01/2007
           Plaintiff's Attorney:  ROBERT H FURBISH
           AGREED MOTION FOR EXTENSION OF SCHEDULING ORDER DEADLINES AND PROSPOSED    ORDER


10/05/2007 Party(s):  DOROTHY FISH
           MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 10/05/2007
           COPIES TO PARTIES/COUNSEL                              PLT LIABILITY
           EXPERT DESIGNATION  10/1/2007  (2) DEF. LIABILITY EXPERT DESIGNATION DESIGNATIO 12/2/2007
           (3) PLT MEDICAL EXPERT DESIGNATION 12/03/2007 (4) ADR CONFERENCE 1/15/2008 (5) REPORT ADR
           CONFERENCE FILED 1/25/2008     (6) DEF MEDICAL EXPERRT DESIGNATION  2/4/2008 (7) CLOSE OF
           DISCOVERY 3/15/2008 (8) JURY DEMAND AND FEE 3/15/2008


11/02/2007 DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 11/02/2007
           Defendant's Attorney: J WILLIAM DRUARY JR
           DEFENDANT'S OBJECTIONS TO PLAINTIFF'S FINANCIAL INTERROGATORIES


11/02/2007 Party(s):  DOROTHY FISH
           DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 10/30/2007
           Plaintiff's Attorney:  ROBERT H FURBISH
           PLAINTIFF DOROTHY M. FISH'S FINANCIAL INTERROGATORIES PROPOUNDED TO DEFENDANT ROBERT E
           CLARK SERVED ON J. WILLIAM DRUARY, JR., ESQ. ON 10/29/07.


11/02/2007 Party(s):  DOROTHY FISH
           OTHER FILING - OTHER DOCUMENT FILED ON 10/30/2007
           Plaintiff's Attorney:  MARK SUSI
           PLAINTIFFS' DESIGNATION OF DEPOSITION TRANSCRIPT FOR USE AT TRIAL

11/07/2007 Party(s): DOROTHY FISH
         LETTER - FROM PARTY FILED ON 11/05/2007
         Plaintiff's Attorney: STEVEN D SILIN
         LETTER REGARDING REQUEST FOR A JURY TRIAL.


11/20/2007 Party(s): DOROTHY FISH
         MOTION - MOTION TO AMEND PLEADING FILED ON 11/19/2007
         Plaintiff's Attorney: ROBERT H FURBISH
         MOTINFOR LEAVE TO AMEND COMPLAY TO ADD A PARTY


11/20/2007 Party(s): DOROTHY FISH
         SUPPLEMENTAL FILING - AMENDED COMPLAINT FILED ON 11/19/2007
         PROPOSED ORDER


11/21/2007 Party(s): ROBERT E CLARK
         MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 11/21/2007
         Defendant's Attorney: J WILLIAM DRUARY JR
         DEFT'S MOTION TO EXTEND ADR DEADLING (UNOPPOSED)


11/21/2007 ASSIGNMENT - SINGLE JUDGE/JUSTICE ASSIGNED TO JUSTICE ON 11/21/2007
         NANCY  MILLS , JUSTICE


11/26/2007 Party(s): DOROTHY FISH
         MOTION - MOTION TO AMEND PLEADING GRANTED ON 11/26/2007
         NANCY  MILLS , JUSTICE
         COPIES TO PARTIES/COUNSEL


11/26/2007 Party(s): ROBERT E CLARK
         MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 11/26/2007
         NANCY  MILLS , JUSTICE
         COPIES TO PARTIES/COUNSEL                                  ADT CONFERENCE
         IS HERBY EXTENDED TO MARCH 15 208  AND DATE FILING ADR REPORT IS EXTENDED TO 3 25 2008


11/30/2007 Party(s): DOROTHY FISH
         MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 11/30/2007
         Plaintiff's Attorney: ROBERT H FURBISH
         AGREED MOTION TO EXTENSION OF TIME TO DESIGNATE MEDICAL EXPERTS


12/13/2007 Party(s): DOROTHY FISH
         MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 12/11/2007
         NANCY  MILLS , JUSTICE
         COPY TO PARTY AND ATTORNEYS.


12/21/2007 Party(s): CLARK'S CUSTOM CABINETRY INC
         SUMMONS/SERVICE - ACCEPTANCE OF SERVICE SERVED ON 12/15/2007
         ACCEPTED BY J. WILLIAM DRUARY, JR., ESQ. FOR CLARK'S CUSTOM CABINETRY, INC.


12/21/2007 Party(s): CLARK'S CUSTOM CABINETRY INC
         ATTORNEY - RETAINED ENTERED ON 12/15/2007
         Defendant's Attorney: J WILLIAM DRUARY JR


01/04/2008 Party(s): ROBERT E CLARK
         DISCOVERY FILING - NOTIFICATION DISCOVERY SERVICE FILED ON 01/02/2008

Defendant's Attorney: J WILLIAM DRUARY JR
DEF'S ANSWERS TO PLT'S FINANCIAL INTERROGATORIES SERVED ON ATTY FURBISH ON 12/31/07.

01/07/2008 Party(s): CLARK'S CUSTOM CABINETRY INC
MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 01/04/2008
Defendant's Attorney: JAMES E BELLEAU
DEFT CLARK'S CUSTOM CABINETRY, INC'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND
TO THE COMPLAINT, W/ INCORPORATED MEMORANDUM OF LAW

01/16/2008 Party(s): CLARK'S CUSTOM CABINETRY INC
MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 01/15/2008
NANCY MILLS , JUSTICE
COPY TO PARTIES/COUNSEL. DEFT CLARK'S CUSTOM CABINETRY SHALL HAVE UNTIL 02/04/08 TO FILE
RESPONSE TO COMPLAINT

02/12/2008 Party(s): CLARK'S CUSTOM CABINETRY INC
OTHER FILING - ENTRY OF APPEARANCE FILED ON 01/04/2008
Defendant's Attorney: JAMES E BELLEAU

02/12/2008 Party(s): CLARK'S CUSTOM CABINETRY INC
ATTORNEY - RETAINED ENTERED ON 01/04/2008
Defendant's Attorney: JAMES E BELLEAU

02/12/2008 Party(s): CLARK'S CUSTOM CABINETRY INC
MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 01/31/2008
Defendant's Attorney: JAMES E BELLEAU
DEFT CLARK'S CUSTOM CABINETRY'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO
AMENDED COMPLAINT, W/ INC. MEMORANDUM OF LAW. PROPOSED ORDER.

02/20/2008 Party(s): CLARK'S CUSTOM CABINETRY INC
MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 02/19/2008
NANCY MILLS , JUSTICE
COPY TO PARTIES/COUNSEL                                                  DEFT CLARK'S
CUSTOM CABINETRY, INC. SHALL HAVE UNTIL APRIL 4, 2008 TO FILE A RESPONSE TO THE AMENDED
COMPLAINT.

04/11/2008 Party(s): CLARK'S CUSTOM CABINETRY INC
MOTION - MOTION FOR ENLARGEMENT OF TIME FILED ON 04/04/2008
Defendant's Attorney: JAMES E BELLEAU
DEFT CLARK'S CUSTOM CABINETRY'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO THE AMENDED
COMPLAINT, WITH INCORPORATED MEMORANDUM OF LAW. PROPOSED ORDER.

04/29/2008 Party(s): CLARK'S CUSTOM CABINETRY INC
MOTION - MOTION FOR ENLARGEMENT OF TIME GRANTED ON 04/28/2008
NANCY MILLS , JUSTICE
COPY TO ATTYS SILIN, DRUARY, BELLEAU

07/23/2008 Party(s): DOROTHY FISH
ORDER - ORDER FAIL FILE ADR NOTICE ENTERED ON 07/21/2008
NANCY MILLS , JUSTICE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT. COPIES TO
PARTIES/COUNSEL

07/23/2008 ORDER - ORDER FAIL FILE ADR REPORT ENTERED ON 07/21/2008
         NANCY  MILLS , JUSTICE
         ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  COPIES TO
         PARTIES/COUNSEL

08/06/2008 Party(s):  DOROTHY FISH
         LETTER - FROM PARTY FILED ON 07/31/2008
         Defendant's Attorney: STEVEN D SILIN
         RE: ORDER FOR FAILURE TO FILE ADR

08/15/2008 Party(s):  DOROTHY FISH,ROBERT E CLARK,CLARK'S CUSTOM CABINETRY INC
         OTHER FILING - STIPULATION FILED ON 08/11/2008
         Defendant's Attorney: J WILLIAM DRUARY JR
         Plaintiff's Attorney:  STEVEN D SILIN
         STIPULATION FOR ENTRY OF JUDGMENT.                           ALSO S/BELLEAU,
         ESQ.

02/13/2009 HEARING - HEARING ON DAMAGES SCHEDULED FOR 03/17/2009 @ 8:30  in Room No.  1

02/13/2009 HEARING - HEARING ON DAMAGES NOTICE SENT ON 02/13/2009

03/13/2009 Party(s):  CLARK'S CUSTOM CABINETRY INC
         ATTORNEY - REMOVAL ORDERED ON 03/13/2009
         Defendant's Attorney: J WILLIAM DRUARY JR

03/16/2009 HEARING - HEARING ON DAMAGES NOT HELD ON 03/13/2009

04/24/2009 HEARING - HEARING ON DAMAGES SCHEDULED FOR 05/29/2009 @ 8:30  in Room No.  1

04/24/2009 HEARING - HEARING ON DAMAGES NOTICE SENT ON 04/24/2009

05/01/2009 Party(s):  ROBERT E CLARK,CLARK'S CUSTOM CABINETRY INC
         LETTER - FROM PARTY FILED ON 04/29/2009
         Defendant's Attorney: JAMES E BELLEAU
         RE: STIPULATION FOR ENTRY OF JUDGMENT ON FILE, DOES NOT PLAN TO ATTEND HEARING ON DAMAGES.

05/29/2009 HEARING - HEARING ON DAMAGES HELD ON 05/29/2009
         NANCY  MILLS , JUSTICE
         Plaintiff's Attorney:  STEVEN D SILIN
         ROBERT FURBISH, ESQ. FOR PLTF.  DEFTS DID NOT APPEAR.  ATTY SILIN WILL SUBMIT LIFE
         EXPECTANCY TABLE.  PLTF'S WITNESSES: DOROTHY FISH, HEIDI QUINLIVAN.  SEE EXHIBIT LIST.
                                                 TAPE 1215, INDEX 0-1400

06/04/2009 Party(s):  DOROTHY FISH
         OTHER FILING - OTHER DOCUMENT FILED ON 06/01/2009
         Plaintiff's Attorney:  ROBERT H FURBISH
         PLTF'S EX 14 (LIFE TABLE)

07/31/2009 FINDING - JUDGMENT DETERMINATION ENTERED ON 07/31/2009
         NANCY  MILLS , JUSTICE
         ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  COPY TO ATTYS
         SILIN, DRUARY, BELLEAU

ORDER - COURT JUDGMENT ENTERED ON 07/31/2009
NANCY  MILLS , JUSTICE
ORDERED INCORPORATED BY REFERENCE AT THE SPECIFIC DIRECTION OF THE COURT.  COPIES TO
PARTIES/COUNSEL
Judgment entered for DOROTHY FISH and against ROBERT E CLARK in the amount of $1448691.21.


07/31/2009 FINDING - FINAL JUDGMENT CASE CLOSED ON 07/31/2009

08/03/2009 NOTE - OTHER CASE NOTE ENTERED ON 08/03/2009
           NOTICE OF REMOVAL OF EXHIBITS MAILED TO ATTYS SILIN, DRUARY, BELLEAU

08/19/2009 NOTE - OTHER CASE NOTE ENTERED ON 08/19/2009
           DISPOSED OF EXHIBITS

09/09/2009 Party(s):  DOROTHY FISH
           OTHER FILING - TRANSCRIPT ORDER FORM FILED ON 09/03/2009
           Plaintiff's Attorney:  STEVEN D SILIN

09/09/2009 Party(s):  DOROTHY FISH
           OTHER FILING - TRANSCRIPT ORDER FORM SENT TO REPORTER/ER ON 09/09/2009
           SENT TO E.R.

09/25/2009 OTHER FILING - TRANSCRIPT FILED ON 09/24/2009
           DAMAGES HEARING, 5/29/09.

10/16/2009 ORDER - COURT JUDGMENT COPY TO REPOSITORIES ON 10/16/2009
           DEBORAH FIRESTONE, GARBRECHT LAW LIBRARY, DONALD GOSS


A TRUE COPY
ATTEST: _____
                     Clerk